*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
   **X** Trademarks or ____ Patents. ( ____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>3:23−cv−03995−RK−TJB | DATE FILED<br>7/27/2023 | U.S. DISTRICT COURT<br>TRENTON, NJ |
|---|---|---|
| PLAINTIFF<br>COSTAMAR TRAVEL CRUISE & TOURS, INC. | | DEFENDANT<br>NYDIA PENA |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  2797123 | 12/23/2023 | COSTAMAR TRAVEL |
| 2  1980398 | 8/18/1996 | COSTAMAR |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−−entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ___ Amendment   ___ Answer   ___ Cross Bill   ___ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above−−entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK OF COURT | (BY) DEPUTY CLERK<br>s/ Joseph Longo | DATE<br>7/27/2023 |
|---|---|---|

**Copy 1−−Upon initiation of action, mail this copy to Director   Copy 3−−Upon termination of action, mail this copy to Director**
**Copy 2−−Upon filing document adding patent(s), mail this copy to Director   Copy 4−−Case file copy**