AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:23-CV-03995-RK-TJB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **George Clavijo**
was recieved by me on  **8/23/2023:**

☒   I personally served the summons on the individual at **Costa Y Mar Services, 2791 Hooper Avenue, #210, Brick Township, NJ 08723** on **08/28/2023 at 10:36 AM**; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 105.00** for services, for a total of **$ 105.00**.

I declare under penalty of perjury that this information is true.

Date:   08/30/2023

*Server's signature*

**John Diaraneo**
*Printed name and title*

**98C Edinburgh Ln
Lakewood, NJ 08701**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to George Clavijo with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact over 65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with an accent.**




Tracking #: **0113231622**