**FAZZIO LAW OFFICES**
John P. Fazzio, Esq. (JF1752)
305 Broadway, 7th Flr, Ste. 19
New York, NY 10007
Tel: (201) 529-8024
Fax: (201) 529-8011
*Attorneys for Plaintiffs,*
*Costamar Travel Cruise & Tours, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COSTAMAR TRAVEL CRUISE & TOURS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NYDIA PENA and GEORGE CLAVIJO,<br><br>Defendants. | No. 3:23-cv-3995<br><br>**REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs Joseph D'Agostino and Debra D'Agostino request a Clerk's Certificate of Default against Defendants NYDIA PENA and GEORGE CLAVIJO. By the attached Declaration, Plaintiffs affirm that each of Defendants NYDIA PENA and GEORGE CLAVIJO:

1. Is not an infant, in the military or an incompetent person;

2. Was properly served and proof of services was filed with the Court (Dkt. # 4 & # 5); and

3. Has failed to answer, move or otherwise defend this action.

**FAZZIO LAW OFFICES**
*Attorneys for Respondents*

By: /s/ John P. Fazzio
JOHN P. FAZZIO, ESQ

Dated: November 28, 2023