**FAZZIO LAW OFFICES**
John P. Fazzio, Esq. (JF1752)
305 Broadway, 7th Flr, Ste. 19
New York, NY 10007
Tel: (201) 529-8024
Fax: (201) 529-8011
*Attorneys for Plaintiffs,*
*Costamar Travel Cruise & Tours, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| COSTAMAR TRAVEL CRUISE & TOURS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NYDIA PENA and GEORGE CLAVIJO,<br><br>Defendants. | No. 3:23-cv-3995<br><br>**[PROPOSED] CLERK'S CERTIFICATE OF DEFAULT FOR NYDIA PENA** |

I, Melissa E. Rhoads, Esq., Clerk of the United States District Court for the District of New Jersey, do hereby certify that this action was commenced on July 26, 2023, with the filing of a Summons and Complaint; a copy of the Summons and Complaint and Civil Cover Sheet was served on NYDIA PENA by personally serving the above-referenced documents on NYDIA PENA on August 22, 2023. *See* Doc. # 4.

I further certify that the Docket entries indicate that Defendant NYDIA PENA has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant NYDIA PENA is hereby entered.

Dated: November ____, 2023          MELISSA E. RHOADS, Esq. Clerk of the Court

                                    By:_____
                                            Deputy Clerk